

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2019

No. 04-19-00789-CV

**IN THE INTEREST OF C.D.M., AND C.M.M.**, Children,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13803
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The trial court signed a final order on July 31, 2019. Appellant filed a timely motion for new trial on August 28, 2019. Therefore, the notice of appeal was due to be filed October 29, 2019. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on November 13, 2019. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, he did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that appellant file, within fifteen days from the date of this order, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

By order dated December 6, 2019, appellant was ordered to provide written proof that the Ms. Mary Scopas's fee for preparing one portion of the reporter's record in this appeal had been paid. On December 14, 2019, appellant filed written proof of payment. It is therefore ORDERED that Ms. Scopas file her portion of the reporter's record in this appeal no later than fifteen days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court